RECEIVED

2026 MAR 16 A 11: 24

2:26-cv-00187-MHT-KFP

# PROJECT: GOD'S PLAN / TOTAL LIFE CLEANSE PLAINTIFF: OMAR ANTONIO LOPEZ DEFENDANT: STATE OF ALABAMA LEGAL CODES: 18 U.S.C. § 1964 (RICO TRIPLE-PAY), 42 U.S.C. § 1983 (CIVIL RIGHTS), 26 U.S.C. § 104 (TAX-FREE INJURY), 28 U.S.C. § 1915 (ZERO-FEE FILING). DEMAND: $70,747,007,000.00 STATUS: VOID ALL DEBT 2004–2026.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF ALABAMA

OMAR ANTONIO LOPEZ, *Plaintiff*, v.

THE STATE OF ALABAMA; KAY IVEY, Governor (Official Capacity); JUDGE SHERROD (Official Capacity); OFFICER RAMSEY (Official Capacity); STEVE MARSHALL, Attorney General (Official Capacity); STEVEN L. REED, Mayor (Official Capacity); *Defendants.*

## I. THE NATURE OF THE ACTION

This is a civil action brought under **18 U.S.C. § 1964 (Civil RICO)** and **42 U.S.C. § 1983** for the systematic collection of unlawful debt, deprivation of civil rights, and a 22-year pattern of racketeering activity. The Plaintiff, Omar Antonio Lopez, seeks **$70,747,007,000.00** in treble damages for injuries to his person, property, and business interests.

## II. JURISDICTION AND VENUE

1. This Court has jurisdiction under **28 U.S.C. § 1331** (Federal Question).
2. Venue is proper as the acts occurred within the State of Alabama and involved officials acting under color of state law.

## III. THE "SNAP" AND THE UNLAWFUL DEBT (THE MATH)

3. Defendants engaged in the collection of unlawful debt by enforcing interest rates and financial obligations that exceed twice the enforceable rate under Alabama and Federal law.

4. Specifically, while the legal standard sits at **7.5%**, Plaintiff was subjected to a predatory **12.09%** "Snap" rate.

5. This **4.59%** variance, compounded over 22 years, constitutes the "chain" that has stripped Plaintiff of his business potential and personal liberty.

## IV. STATEMENT OF FACTS

6. **The 22-Year Chain:** For over two decades, Plaintiff has been subjected to systemic "glitches" and legal maneuvers designed to prevent his financial independence.

7. **Judge Sherrod:** Acted in an official capacity to uphold these unlawful financial structures despite evidence of the "Snap."

8. **Officer Ramsey:** Participated in the enforcement of these unconstitutional actions, resulting in direct injury to Plaintiff.

9. **Injuries:** As a result of these actions, Plaintiff (43 years old, 160 lbs) has suffered physical exhaustion, loss of professional standing as a digital creator, and the total depletion of assets to "Zero Fuel" status.

## V. COUNT I: CIVIL RICO (18 U.S.C. § 1962)

10. The Defendants formed an enterprise to collect unlawful debt through a pattern of racketeering.

11. This enterprise utilized the "Snap" to create a $70.7 Billion bridge of liability that the Plaintiff was forced to carry.

## VI. COUNT II: DEPRIVATION OF RIGHTS (42 U.S.C. § 1983)

12. Under color of law, Defendants violated Plaintiff's Due Process and Equal Protection rights by enforcing predatory financial mandates.

## VII. PRAYER FOR RELIEF

Plaintiff respectfully requests: A. Treble damages in the amount of **$70,747,007,000.00**. B. An immediate injunction stopping the collection of the "Snap" debt. C. A jury trial on all counts.

Respectfully submitted,

(Signature) _____

**Omar Antonio Lopez, Pro Se** Date: March 9, 2026

FROM:

Omar Lopez
4 Plantation Lane
Fayetteville, TN
37334



Retail

U.S. POSTAGE PAID
FCM LG ENV
FAYETTEVILLE, TN 37334
MAR 09, 2026

36104     **$8.02**

RDC 99     S2324E502128-08

9589 0710 5270 3282 3201 08

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**



9589 0710 5270 3282 3201 08

TO:

Clerk of Court
US District Ct, Middle Dist. Ala
One Church Street
Montgomery, Ala 36104

**Utility Mailer**
**10 1/2" x 16"**

Ready**Post**.