IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OMAR ANTONIO LOPEZ, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:26cv187-MHT |
| | ) | (WO) |
| BOBBIE HAWKES and KENDRIA | ) | |
| JONES, | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pro se plaintiff Omar Antonio Lopez filed this
action seeking relief from alleged deprivations of his
civil liberties pursuant to 42 U.S.C. § 1983.  This
lawsuit is before the court on the recommendation of
the United States Magistrate Judge that this case be
dismissed without prejudice for failure to comply with
court orders and because plaintiff has filed various
documents that appear to be based on frivolous
"sovereign citizen" theories.  Also before the court
are plaintiff's objections to the recommendation.

After an independent and de novo review of the record, the court concludes the objections should be overruled and the magistrate judge's recommendation adopted to the extent it recommends dismissal for failure to comply with court orders.  The court declines to dismiss on the basis of plaintiff's filing of various frivolous sovereign citizen documents in the record, because the court does not see any sovereign citizen language in the second amended complaint. *Contra Richard v. Embrace Home Loans, Inc.*, No. 2:26-cv-55-ECM-JTA, 2026 U.S. Dist. LEXIS 43142 (M.D. Ala. Mar. 3, 2026) (Adams, M.J.) (order requiring plaintiff to replead complaint or face dismissal where complaint itself contained sovereign citizen language).

An appropriate order and judgment will be entered.

DONE, this the 2nd day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE