IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
OMAR ANTONIO LOPEZ,          )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )          2:26cv187-MHT
                             )             (WO)
BOBBIE HAWKES and KENDRIA    )
JONES,                       )
                             )
     Defendants.            )
```

ORDER and JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The objections (Doc. 30) to the United States Magistrate Judge's recommendation are overruled.

(2) The magistrate judge's recommendation (Doc. 27) is adopted to the extent it recommends dismissal for failure to comply with court orders.

(3) This case is dismissed without prejudice for failure to comply with court orders.

(4) All pending motions are denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of July, 2026.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE