IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OMAR ANTONIO LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv187-MHT |
| | ) | (WO) |
| BOBBIE HAWKES and KENDRIA | ) | |
| JONES, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE

The court will not take action on plaintiff's third amended complaint (Doc. 36) because this case has been dismissed for failure to comply with court orders, and plaintiff has not shown an adequate reason to set aside the dismissal.  *See* Fed. R. Civ. P. 60(b).  However, because the court dismissed this case without prejudice, plaintiff is free to file a new case raising the same claims.

DONE, this the 9th day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE