IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OMAR ANTONIO LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv187-MHT |
| | ) | (WO) |
| BOBBIE HAWKES and KENDRIA | ) | |
| JONES, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of plaintiff's "Notice of Liquidated Debt, Proof of Racketeering, and Final Demand for Immediate Entry of Judgment" (Doc. 37) and his "Notice of Default, Proof of Racketeering, and Final Demand for Immediate Entry of Judgment" (Doc. 38), in which it appears that he seeks to vacate the dismissal order and judgment, it is ORDERED that the motions are denied because plaintiff has failed to meet the requirements of Federal Rule of Civil Procedure 60(b).

This case remains closed.

DONE, this the 9th day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE